**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**

**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Eastern |
|---|---|

| Name (under which you were convicted): Darius Darrell Lee | Docket or Case No.: 1:23-CV-251-CLC-CHS |
|---|---|

| Place of Confinement: Bledsoe County Correctional Complex | Prisoner No.: 408602 |
|---|---|

| Petitioner (include the name under which you were convicted) Darius Darrell Lee | Respondent (authorized person having custody of petitioner) v. Shawn Phillips |
|---|---|

The Attorney General of the State of

F I L E D

NOV 0 7 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: The Criminal Court For Davidson County, Nashville Tennessee

    (b) Criminal docket or case number (if you know): 2007-B-1837

2.  (a) Date of the judgment of conviction (if you know): _____

    (b) Date of sentencing: 5/27/2009

3.  Length of sentence: 22 years

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: 3 counts of aggravated robbery

6.  (a) What was your plea? (Check one)

    (1)   Not guilty ☑            (3)   Nolo contendere (no contest) ☐

    (2)   Guilty ☐               (4)   Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?_____

_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑         Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?

Yes ☑    No ☐

9. If you did appeal, answer the following:

(a) Name of court: Court of Criminal Appeals of Tennessee, at Nashville

(b) Docket or case number (if you know): M2010-00057-CCA-R3-CD

(c) Result: Affirm the judgments of the trial court.

(d) Date of result (if you know): 12/22/2011

(e) Citation to the case (if you know): _____

(f) Grounds raised: Motion to Suppress; Sufficiency of the
Evidence; Sentencing
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?    Yes ☐    No ☑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____
_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____
_____
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐   No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?　　　Yes ❏　　No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?　　　Yes ❏　No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:　　　Yes ❏　　No ❏

(2) Second petition:　　Yes ❏　　No ❏

(3) Third petition:　　　Yes ❏　　No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Trial courts errored in guilty verdict

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Per jury instructions by Judge Watkins, both parties standing trial must be met with the same verdict or the case would result in a mistrial.

(b) If you did not exhaust your state remedies on Ground One, explain why: ineffective assistance of councel

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ineffective assistance of councel

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ineFFective assistance oF council _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** ineFFective assistance oF council _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I attempted to remove Attorney V. Flack From my case but instead oF inForming the Judge, Ms. Flack had Ms. Katie Bottom take her place as iF she (Ms. Flack) had been removed. ThereFore Ms. Bottom

*should have never been my Attorney*

(b) If you did not exhaust your state remedies on Ground Two, explain why: *ineffective assistance of council by appeal Attorney*

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: *I had no knowledge of law at the time*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐    No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐    No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I had no knowledge of law at the time

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: I contacted the Board of Professional Responsibility who removed Ms. Bottom from my case

_____

**GROUND THREE:** Judical misconduct

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Judge Watkins made Attorney Eugenia Grayer proceed with my case knowing that she had little or no knowledge of my case. Ms. Grayer was placed on my case after the Board of Professional Responsibility removed Ms. Bottom from my case before Motion For new trial.

(b) If you did not exhaust your state remedies on Ground Three, explain why: ineffective assistance of council.

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ineffective assistance of council.

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☐    No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?
    Yes ☐    No ☑

(4) Did you appeal from the denial of your motion or petition?
    Yes ☐    No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐    No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _I had no knowledge of law at the time_____

_____

_____

_____

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ❑  No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest

state court having jurisdiction?      Yes ❏   No ☑

If your answer is "No," state which grounds have not been so presented and give your

reason(s) for not presenting them: I had no knowledge of law

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal

court? If so, which ground or grounds have not been presented, and state your reasons for

not presenting them: Grounds One, two, and three because

I had no knowledge of law

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding

the conviction that you challenge in this petition?      Yes ❏   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❑     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: V. Flack

(b) At arraignment and plea: V. Flack

(c) At trial: K. Bottom

(d) At sentencing: K. Bottom

(e) On appeal: K. Bottom and E. Grayer

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☑  No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Criminal Court For Davidson County, Nashville Tennessee

(b) Give the date the other sentence was imposed: 4 - 15 - 2010

(c) Give the length of the other sentence: 20 years

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?　　Yes ☑　No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*　I entered into a best intrest plea based on the trial conviction of case 2007-B-1837

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: Overturn both convictions from case # 2007-B-1837 and case # 2009-B-2092

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 10-31-2023 _____ (month, date, year).

Executed (signed) on 10-31-23 _____ (date).

_____
Signature of Petitioner

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____


_____

Darius D. Lee #408662
B.C.C.X
1045 Horsehead Road
Pikeville, TN 37367

United States District Court
900 Georgia Avenue Room 309
Chattanooga, TN 37402

K-RAY

Chattanooga TN 374
MON 06 NOV 2023 AM